In re:                                                          Case No. 15-04066-MDF
George A. Dudick                                                Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AGarner          Page 1 of 1          Date Rcvd: Sep 21, 2016
                              Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2016.
4699068         +YORK COUNTY TAX CLAIM BUREAU,    28 EAST MARKET STREET,    ROOM 110,    YORK, PA 17401-1587

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2016                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              Craig S. Sharnetzka    on behalf of Debtor George A. Dudick csharnetzka@cgalaw.com,
              tlocondro@cgalaw.com;hlocke@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
              m;kbrayboy@cgalaw.com
              Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
              bkgroup@kmllawgroup.com
              Nicole Bernadette LaBletta    on behalf of Creditor    PNC Bank, National Association
              nlabletta@udren.com,  vbarber@udren.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:
  GEORGE A. DUDICK
    Debtor

GEORGE A. DUDICK
TAMMY L. DUDICK        Chapter 13
    Movants
v.              Case No. 1:15-bk-04066
M & T BANK,
PNC MORTGAGE,
YORK COUNTY TAX CLAIM BUREAU,   11 U.S.C. § 363
CHARLES J. DEHART, III, ESQUIRE
CHAPTER 13 TRUSTEE,
    Respondents

ORDER APPROVING JOINT STIPULATION OF
DEBTOR/MOVANTS AND PNC MORTGAGE AKA PNC BANK, N.A.
AND
GRANTING DEBTOR'S MOTION FOR APPROVAL
OF SALE OF REAL ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES

UPON CONSIDERATION of a review of the Stipulation entered into by Debtor and PNC Mortgage aka PNC Bank, N.A., and the Motion for Sale of Real Estate Free and Clear of Liens and Encumbrances filed by the Debtor, after Notice to Creditors providing an opportunity to object, and after no objections having been filed, it is hereby

ORDERED that, effective immediately, the Debtor is permitted to sell the Property located at 802 Deer Road, Fawn Grove, Pennsylvania 17321. The sale is to be free and clear of liens and encumbrances, the liens and encumbrances to be paid at settlement pursuant to the terms and conditions set forth in Debtor's Motion and Notice to Creditors.  It is further

ORDERED THAT the amount owed to PNC Mortgage as of the date of closing will be paid in full and Debtors will request that payoff from PNC Mortgage prior to the date of closing.  It is further

ORDERED THAT the Buyers negotiated the Agreement at arms-length and are purchasing the Property in good faith within the meaning of section 363(m) of the Bankruptcy Code.

By the Court,

Dated: September 21, 2016

*Mary D. France*
Bankruptcy Judge
(VK)

{01175294/1}