Craig S. Sharnetzka, Attorney
csharnetzka@cgalaw.com
Ext. 109

November 4, 2016


Office of the Clerk
P.O. Box 908
Harrisburg, PA 17108

Re:     **Dudick, George A.**
        **1:15-bk-04066**

Dear Sirs:

Please change the address for the Debtors:

Old Address:

George A. Dudick
802 Deer Road
Fawn Grove, PA 17321

**New Address:**

**George A. Dudick**
**2511 Aintree Lane**
**Fallston, MD 21047**


Thank you.

Sincerely,

/s/ Craig S. Sharnetzka

Craig S. Sharnetzka

CSS/klb

{01220845/1}