Certificate Number: 15317-PAM-DE-028418588

Bankruptcy Case Number: 15-04066



15317-PAM-DE-028418588

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 29, 2016, at 8:08 o'clock AM PST, George A Dudick completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 29, 2016     By: /s/Eunice Francia

Name: Eunice Francia

Title: Counselor